1096

No. 97-6992. ADAMS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97-7003. WELLINGTON v. BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 97-7005. SALAZAR v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97-7015. WILSON v. CHANG. C. A. 1st Cir. Certiorari denied.

No. 97-7028. DARNE v. WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 97-7055. PALMER v. CIRCUIT COURT OF ILLINOIS, COOK COUNTY. C. A. 7th Cir. Certiorari denied.

No. 97-7093. EDMUNSON v. SAVKO ET AL. C. A. 3d Cir. Certiorari denied.

No. 97-7094. GRIFFIN v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 97-7104. PEREZ v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97-7107. BROWN v. MARYLAND DEPARTMENT OF JUVENILE JUSTICE. Ct. Sp. App. Md. Certiorari denied.

No. 97-7118. RAGLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-7129. SALEEM v. HELMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97-7135. LUSK v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97-7146. PEDROZA-ORTIZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.